**DISMISS and Opinion Filed October 9, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-01018-CV

## IN THE INTEREST OF R.W. AND A.P.-P., CHILDREN

**On Appeal from the County Court at Law No. 1
Rockwall County, Texas
Trial Court Cause No. 1-24-1007**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Kennedy

Mother of R.W. and A.P.-P. and Father of R.W. appeal the trial court's temporary orders naming the Department of Family and Protective Services as temporary managing conservator of the children. Because temporary orders in suits affecting the parent-child relationship are not subject to interlocutory appeal, *see* TEX. FAM. CODE ANN. § 105.001(e), we directed the parties to file, no later than September 30, 2024, letter briefs explaining how we have jurisdiction over this appeal. We cautioned the parties that failure to file the requested letter briefs by the deadline could result in dismissal of the appeal without further notice. *See* TEX. R.

APP. P. 42.3(c). To date, the parties have not complied.[1] Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. FAM. CODE ANN. § 105.001(e); TEX. R. APP. P. 42.3 (a), (c).

<table>
<tr><td></td><td>/Nancy Kennedy/</td></tr>
<tr><td></td><td>NANCY KENNEDY</td></tr>
<tr><td>241018F.P05</td><td>JUSTICE</td></tr>
</table>

---

[1] Mother filed a pro se letter brief. In our September 9, 2024 order, we informed Mother that, because she is represented by counsel, we would only address filings filed by her counsel. *See Scheanette v. State*, 144 S.W.3d 503, 505 n. 2 (Tex. Crim. App. 2004) (party is not entitled to hybrid representation). Accordingly, we do not address Mother's pro se letter brief.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF R.W. AND
A.P.-P., CHILDREN

No. 05-24-01018-CV

On Appeal from the County Court at
Law No. 1, Rockwall County, Texas
Trial Court Cause No. 1-24-1007.
Opinion delivered by Justice
Kennedy. Justices Molberg and
Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered October 9, 2024